# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | Case No.: 2:25-cv-01651-APG-NJK |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| BLACKBRIAR PROTECTIVE SERVICES, LLC, et al., | |
| Defendants | |

In light of the amended complaint (ECF No. 9) and plaintiff Kinsale Insurance Company's response to the order to show cause (ECF No. 10),

I ORDER that the order to show cause (ECF No. 8) is satisfied and I will not dismiss this case for lack of subject matter jurisdiction. However, plaintiff Kinsale Insurance Company remains responsible for demonstrating that subject matter jurisdiction exists before final judgment is entered.

DATED this 17th day of September, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE