UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>　　　Plaintiff<br><br>v.<br><br>BLACKBRIAR PROTECTIVE SERVICES, LLC, et al.,<br><br>　　　Defendants | Case No.: 2:25-cv-01651-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Blackbriar Protective Services, LLC's certificate of interested parties (ECF No. 13) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify the defendant's citizenship because it does not identify the citizenship of each member of the defendant. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER these parties to file a proper certificate of interested parties by October 17, 2025.

DATED this 1st day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE