# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | Case No.: 2:25-cv-01651-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| BLACKBRIAR PROTECTIVE SERVICES, LLC, et al., | |
| Defendants | |

I ORDER that defendant Jorge Abarca's certificate of interested parties (ECF No. 22) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Abarca's citizenship.

I FURTHER ORDER defendant Jorge Abarca to file a proper certificate of interested parties by October 31, 2025.

DATED this 17th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE