# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CORY NASH, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01651-APG-NJK<br><br>**Order**<br><br>[Docket No. 25] |

Pending before the Court is a stipulation to extend the deadline to file a response to a third-party complaint. Docket No. 25.

Local Rule IA 6-1 provides that a "motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." Further, Local Rule 7-1 states that stipulations "must be in writing and signed by all parties who have appeared or their attorneys," and that a stipulation "that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion."

In the instant filing, Defendant Blackbriar Protective Services, LLC and third-party Defendant Amwins Access Insurance Services seek a three-week extension of Amwin's deadline to file a response to the third-party complaint. Docket No. 25. The filing is labeled a "stipulation;" however, it is not signed by all parties who have appeared or their attorneys. *See* Docket No. 25; *see also* Local Rule 7-1. Further, the stipulation fails to provide a reason for the three-week extension requested. *See* Docket No. 25; *see also* Local Rule IA 6-1.

Accordingly, the instant stipulation is **DENIED** without prejudice. Docket No. 25.

IT IS SO ORDERED.

Dated: October 27, 2025

                                                                           Nancy J. Koppe
                                                                           United States Magistrate Judge