UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>BLACKBRIAR PROTECTIVE SERVICES, LLC, et al.,<br><br>  Defendants | Case No.: 2:25-cv-01651-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that third-party defendant Amwins Access Insurance Services' certificate of interested parties (ECF No. 26) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Amwins' citizenship as required by that rule.

I FURTHER ORDER Amwins to file a proper certificate of interested parties by November 10, 2025.

DATED this 27th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE