# UNITED STATES DISTRICT COURT

# DISTRICT OF

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation<br><br>Plaintiff,<br><br>CORY NASH, (a/k/a "CORY DESEAN NASH ELI"), an individual; BLACKBRIAR PROTECTIVE SERVICES, LLC, A domestic Limited Liability Company; and Jorge Abaraca, an individual<br><br>Defendants. | Case No.: 2:25-cv-1651-APG-NJK<br>Dept.: 16<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO THIRD-PARTY COMPLAINT [ECF NO. 12]** |

COME NOW, Plaintiff, KINSALE INSURANCE COMPANY, by and through their attorneys of record, AMY M. SAMBERG, ESQ. and DYLAN P. TODD, ESQ. of CLYDE & CO US LLP, Defendant JORGE ABARCA, by and through his attorneys of record, LEO P. FLANGAS, ESQ. and THOMAS M. FRONCZEK, ESQ. of FLANGAS CIVIL LAW FIRM, Defendant, Counterclaimant, and Third-Party Plaintiff BLACKBRIAR PROTECTIVE SERVICES, LLC ("Blackbriar"), by and through their attorneys of record, KEVIN R. HANSEN, ESQ. and AMANDA A. HARMON, ESQ., of the LAW OFFICES OF KEVIN R. HANSEN, and Third-Party Defendant AMWINS ACCESS INSURANCE SERVICES ("Amwins"), by and through their attorney of record, TYLER J. WATSON, ESQ., of KRAVITZ SCHNITZER & JOHNSON, CHTD., hereinafter referred to as "The Parties", hereby stipulate as follows:

Whereas Amwins was served in this action on October 3, 2025 and it took time for it to find counsel in this District and identify the individuals at Amwins involved with the matters

1

1   from which this lawsuit arises, and Amwins needs additional time to evaluate the claims against
2   it and determine the appropriate response to those claims and the underlying allegations;
3   　　　The Parties hereby stipulate and agree that Third-Party Defendant Amwin's deadline to
4   file its response to the Third-Party Complaint be extended from October 24, 2025, to November
5   14, 2025.
6   　　　The parties further stipulate and agree that such an extension is reasonable and there is
7   good cause therefor.

**IT IS SO ORDERED**
Dated: October 31, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2