# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>   Plaintiff<br><br>v.<br><br>BLACKBRIAR PROTECTIVE SERVICES, LLC, et al.,<br><br>   Defendants | Case No.: 2:25-cv-01651-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Jorge Abarca's certificate of interested parties (ECF No. 31) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Abarca's citizenship for diversity jurisdiction purposes.

I FURTHER ORDER defendant Jorge Abarca to file a proper certificate of interested parties by November 17, 2025.

DATED this 3rd day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE