# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>BLACKBRIAR PROTECTIVE SERVICES, LLC, et al.,<br>    Defendants. | Case No. 2:25-cv-01651-APG-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 12. A joint discovery plan must be filed by November 24, 2025.

    IT IS SO ORDERED.

    Dated: November 17, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge