# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | Case No.: 2:25-cv-01651-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| BLACKBRIAR PROTECTIVE SERVICES, LLC, et al., | |
| Defendants | |

I previously struck defendant Jorge Abarca's certificate of interested parties (ECF No. 31) for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2) and ordered him to file a proper certificate of interested parties by November 17, 2025. ECF No. 33. Abarca did not do so.

I THEREFORE ORDER defendant Jorge Abarca to file a proper certificate of interested parties by December 4, 2025. Failure to do so may result in the imposition of sanctions against Abarca and his counsel, including the striking of claims or defenses and monetary sanctions.

DATED this 20th day of November, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE