TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
tjwatson@sjwlawfirm.com
*Attorneys for Third-Party Defendant*
*Amwins Access Insurance Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF**

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation<br><br>Plaintiff,<br><br>CORY NASH, (a/k/a "CORY DESEAN NASH ELI"), an individual; BLACKBRIAR PROTECTIVE SERVICES, LLC, A domestic Limited Liability Company; and Jorge Abaraca, an individual<br><br>Defendants. | Case No.: 2:25-cv-1651-APG-NJK<br>Dept.: 16<br><br>**STIPULATION AND ORDER TO DISMISS BLACKBRIAR'S THIRD-PARTY COMPLAINT WITHOUT PREJUDICE AS TO AMWINS ONLY** |

COME NOW, Plaintiff, KINSALE INSURANCE COMPANY, by and through their attorneys of record, AMY M. SAMBERG, ESQ. and DYLAN P. TODD, ESQ. of CLYDE & CO US LLP, Defendant JORGE ABARCA, by and through his attorneys of record, LEO P. FLANGAS, ESQ. and THOMAS M. FRONCZEK, ESQ. of FLANGAS CIVIL LAW FIRM, Defendant, Counterclaimant, and Third-Party Plaintiff BLACKBRIAR PROTECTIVE SERVICES, LLC ("Blackbriar"), by and through their attorneys of record, KEVIN R. HANSEN, ESQ. and AMANDA A. HARMON, ESQ., of the LAW OFFICES OF KEVIN R. HANSEN, and Third-Party Defendant AMWINS ACCESS INSURANCE SERVICES ("Amwins"), by and through their attorney of record, TYLER J. WATSON, ESQ., of KRAVITZ SCHNITZER & JOHNSON, CHTD., hereinafter referred to as "The Parties", hereby stipulate that the Third-Party Complaint of Blackbriar be dismissed without prejudice as to Third-Party

. . .

1

1   Defendant Amwins only.

2   IT IS SO STIPULATED.

4   DATED this 9th day of December, 2025.    DATED this 9th day of December, 2025.

**LAW OFFICES OF KEVIN R. HANSEN**    **SCHNITZER, JOHNSON & WATSON CHTD.**

*/s/ Amanda A. Harmon, Esq.*    */s/ Tyler J. Watson, Esq.*
KEVIN R. HANSEN, ESQ.    TYLER J. WATSON, ESQ.
Nevada Bar No. 6336    Nevada Bar No.: 11735
AMANDA A. HARMON, Esq.    8985 South Eastern Avenue, Suite 200
Nevada Bar No. 15930    Las Vegas, Nevada 89123
2625 S. Rainbow Blvd. Ste C-106    *Attorney for Third-Party Defendant*
Las Vegas, NV 89146    *Amwins Access Insurance Services*
*Attorney for Defendant, Counterclaimant, and Third-Party Plaintiff Blackbriar Protective Services, LLC*

DATED this 9th day of December, 2025.    DATED this 9th day of December, 2025.

**FLANGAS CIVIL LAW FIRM**    **CLYDE & CO US LLP**

*/s/ Leo P. Flangas, Esq.*    */s/ Dylan P. Todd, Esq.*
LEO P. FLANGAS, ESQ.    AMY M. SAMBERG, ESQ.
Nevada Bar No. 5637    Nevada Bar No. 10212
THOMAS M. FRONCZEK, ESQ.    DYLAN P. TODD, ESQ.
Nevada Bar No. 11380    Nevada Bar No. 10456
616 S. Eighth Street    7251 W. Lake Mead Blvd. Suite 430
Las Vegas, NV 89101    Las Vegas, NV 89128
*Attorney Jorge Abarca*    *Attorneys for Plaintiff Kinsale Insurance Company*

IT IS SO ORDERED:

Dated: December 10, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2