UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>BLACKBRIAR PROTECTIVE SERVICES, LLC, et al.,<br><br>    Defendants | Case No.: 2:25-cv-01651-APG-NJK<br><br>**Order Adjusting Deadline for Response to Motion to Dismiss** |

Defendant Cory Nash manually filed a motion to dismiss on December 22, 2025, but the motion was not docketed or served until December 29, 2025. ECF No. 54. The court's docket entry shows the opposition deadline as January 5, 2026, based on the December 22 filing date. But because the motion was not electronically served on the plaintiff until December 29, that would shorten the response deadline by one week.

I THEREFORE ORDER that the plaintiff may file a response to Nash's motion to dismiss by January 12, 2026.

DATED this 30th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE