# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>BLACKBRIAR PROTECTIVE SERVICES, LLC, et al.,<br>    Defendants. | Case No. 2:25-cv-01651-APG-NJK<br><br>**Order** |

On December 10, 2025, the Court ordered Defendant Cory Nash[1] to show cause in writing, no later than December 24, 2025, why case-dispositive sanctions should not be imposed for failure to comply with the Court's order. Docket No. 47. On December 22, 2025, Defendant Nash filed a response to the Order to Show Cause and a motion to dismiss. *See* Docket Nos. 53, 54.

Although Defendant Nash's response fails to provide sufficient reasons for his failure to comply with the Court's order, at this juncture the Court will **DISCHARGE** the Order to Show Cause. *See* Docket No. 47. Nonetheless, Defendant Nash must cooperate with the parties to conduct discovery in this matter.

IT IS SO ORDERED.

Dated: January 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Defendant Cory Nash used the name Cory Desean Nash El in his response. *See* Docket No. 53.

1