Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Boulevard, Suite 430
Las Vegas, NV  89128
Telephone: 725 248 2900
Facsimile:  725 248 2907
amy.samberg@clydeco.us
dylan.todd@clydeco.us

*Attorneys for Plaintiff*
*Kinsale Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>     Plaintiff,<br><br> v.<br><br>CORY NASH (a/k/a "CORY DESEAN NASH EL"), an individual; BLACKBRIAR PROTECTIVE SERVICES, LLC, a Domestic Limited Liability Company; and JORGE ABARCA,<br>    Defendants. | Case No. 2:25-cv-01651-APG-NJK<br><br><br><br><br><br>**STIPULATION AND ORDER TO DISMISS BLACKBRIAR PROTECIVE SERVICES, LLC'S COUNTERCLAIMS AGAINST KINSALE INSURANCE COMPANY** |
| BLACKBRIAR PROTECTIVE SERVICES, LLC, a Domestic Limited Liability Company,<br><br>     Counterclaimant,<br><br> v.<br><br>KINSALE INSURANCE COMPANY, an Arkansas corporation,<br>    Counter Defendant. |  |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BLACKBRIAR PROTECTIVE SERVICES, LLC, a Domestic Limited Liability Company,

Third-Party Plaintiff,

v.

AMWINS ACCESS INSURANCE SERVICES, a North Carolina Corporation; LEO AGENCIES, LLC, a Domestic Limited Liability Company d/b/a LEO INSURANCE GROUP; AARON HENDRICKSEN, an Individual; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,

Third-Party Defendant.

Defendant/Counterclaimant BLACKBRIAR PROTECTIVE SERVICES, LLC ("Blackbriar") and Defendant/Counterdefendant KINSALE INSURANCE COMPANY ("Kinsale"), by and through their undersigned counsel of record, respectfully agree and stipulate that Blackbriar will dismiss its counterclaims against Kinsale with prejudice.

Accordingly, the parties hereby agree and stipulate to dismiss all counterclaims against Kinsale in its entirety.

| Dated: January 12, 2026 | Dated: January 12, 2026 |
|---|---|
| CLYDE & CO US LLP | LAW OFFICES OF KEVIN R. HANSEN |
| */s/ Dylan P. Todd* | */s/ Amanda A. Harmon* |
| Amy M. Samberg (NV Bar No. 10212) | Kevin R. Hansen (NV Bar No. 6336) |
| Dylan P. Todd (NV Bar No. 10456) | Amanda A. Harmon (NV Bar No. 15930) |
| 7251 W. Lake Mead Blvd., Suite 430 | 2625 S. Rainbow Blvd., Suite C-106 |
| Las Vegas NV  89128 | Las Vegas, NV 89146 |
| Telephone: (725) 248-2900 | Telephone: (702) 478-7777 |
| *Attorneys for Plaintiff/Counterdefendant* | *Attorneys for Defendant/Counterclaimant* |
| *Kinsale Insurance Company* | *Blackbriar Protective Services, LLC* |

2

*Kinsale Ins. Co. v. Cory Nash., et al*
*Case No.: 2:25-cv-01651-APG-NJK*

## ORDER

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS SO ORDERED** that the Counterclaims against KINSALE INSURANCE COMPANY is hereby dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED:

Dated:__January 16, 2026____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

CLYDE & CO US LLP

*/s/ Dylan P. Todd*

_____
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone:     725-248-2900
*Attorneys for Plaintiff/Counterdefendant*
*Kinsale Insurance Company*

3