**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | Case No.: 2:25-cv-01651-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| BLACKBRIAR PROTECTIVE SERVICES, LLC, et al., | |
| Defendants | |

I ORDER that defendants Leo Agencies, LLC and Aaron Hendrickson's certificate of interested parties (ECF No. 64) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not fully identify Leo Agencies, LLC's citizenship because it does not identify the citizenship of each member of the defendant. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").  Additionally, the certificate does not identify Hendrickson's citizenship.

I FURTHER ORDER these parties to file a proper certificate of interested parties by February 13, 2026.

DATED this 2nd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE