**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KINSALE INSURNCE COMPANY,

    Plaintiff

v.

CORY NASH, et al.,

    Defendants

Case No.: 2:25-cv-01651-APG-NJK

**Order Denying Motions as Moot**

[ECF Nos. 40, 54]

In light of the stipulation and order for consent judgment with Cory Desean Nash El (ECF No. 75),

I ORDER that plaintiff Kinsale Insurance Company's motion to deem service effectuated by email and strike improper response as to Cory Desean Nash El **(ECF No. 40)** and defendant Cory Desean Nash El's motion to dismiss **(ECF No. 54) are DENIED as moot**.

DATED this 23rd day of March, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE